DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DERRICK AUSTRIE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2940

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 062023CF011923A88810.

Stephan Lopez of Stephan Lopez Law Firm, LLC, Miami Lakes, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and SHERMAN, JAMES W., Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***